David Hollander v. Sam Blaustein. Metropolitan Life Insurance Company v. Leo Feinberg. Henry C. Meyer v. Spangenberg & McLean Company. Solo-

mon May v. Frank Breunig and Others.   Wyckoff, Church & Partridge v. The Lansden Company.— Applications to appeal from Appellate Term denied, with ten dollars costs.   Orders signed.